UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JONATHAN CABRAL CONCEPCION,                :
                    Plaintiff,   :
:  25 Civ. 6026 (LGS)
       -against-                :
:  ORDER
:
WILSON CHARLES THOMAS, JR., et al.,        :
                   Defendants.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated July 30, 2025, scheduled an initial case management conference for September 9, 2025, at 3:30 P.M.

    WHEREAS, an Order dated August 12, 2025, referred this case for mediation under Local Civil Rule 83.9.  It is hereby

    **ORDERED** that the September 9, 2025, conference is **CANCELED**.  The parties shall file a joint letter **every 45 days**, beginning from the date of this Order, on the status of mediation.

Dated: August 18, 2025
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE