UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JONATHAN CABRAL CONCEPCION,

                              Plaintiff,          25 Civ. 6026 (LGS)

-against-

CHARLES THOMAS WILSON, JR. et al.,          **ORDER**

                             Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, in an Order entered September 3, 2025, the parties were directed to file a joint letter regarding the status of mediation by November 17, 2025.

    WHEREAS, the parties failed to file the letter. It is hereby

    **ORDERED** that, by **November 19, 2025**, or as soon as possible, the parties shall file a letter regarding the status of mediation.

Dated: November 18, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE